| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Services 2007-OPXI | Order Filed on April 24, 2017<br>by Clerk<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br>Claude Fouchard<br><br>                         Debtor | Case No:    14-35052 VFP<br>Chapter:  13<br>Hearing Date:<br><br>Judge:  Vincent F. Papalia |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 24, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of  <u>U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Services 2007-OPXI</u>, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■  Real Property More Fully Described as:

    **Land and premises commonly known as 24 Dameo Place , Short Hills NJ 07078**

- ☐  Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Claude Fouchard
    Debtor

Case No. 14-35052-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 24, 2017
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2017.
db        +Claude Fouchard,    24 Dameo Place,    Short Hills, NJ 07078-3317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2017 at the address(es) listed below:
        Brian C. Nicholas    on behalf of Creditor    U.S. Bank National Association as trustee on behalf
         of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates,
         Series 2007-OPX1 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of
         the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates,
         Series 2007-OPX1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of
         the holders of the Citigroup Mortgage Loan Trust Inc. Asset-BackedPass-Through Certificates,
         Series 2007-OPX1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Joel A. Ackerman    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of
         the holders of the Citigroup Mortgage Loan Trust Inc. Asset-BackedPass-Through Certificates,
         Series 2007-OPX1 jackerman@zuckergoldberg.com
        Joel A. Ackerman    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of
         the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates,
         Series 2007-OPX1 bankruptcynotice@zuckergoldberg.com
        John M. Esposito    on behalf of Debtor Claude  Fouchard john@lawjme.com
        John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc., dba Chrysler Capital
         mortonlaw.bcraig@verizon.net,    tfitz@mortoncraig.com;mhazlett@mortoncraig.com
        Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association as trustee on behalf
         of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates,
         Series 2007-OPX1 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Michael S. Ackerman    on behalf of Creditor    U.S. Bank National Association as trustee on behalf
         of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates,
         Series 2007-OPX1 bankruptcynotice@zuckergoldberg.com
        William E. Craig    on behalf of Creditor    Santander Consumer USA, Inc., dba Chrysler Capital
         mortonlaw.bcraig@verizon.net
                                                                                                                         TOTAL: 13