UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on June 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   CLAUDE FOUCHARD

Case No.:  14-35052

Judge:  VINCENT F. PAPALIA

## ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

DATED: June 12, 2017

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s):  CLAUDE FOUCHARD

Case No.:  14-35052VFP

Caption of Order:  Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of MIDFIRST BANK, Court Claim Number 6, be modified to amount paid to date through the plan by the Standing Trustee; and it is further

ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.