UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on June 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

    CLAUDE FOUCHARD

Case No.:  14-35052

Judge:  VINCENT F. PAPALIA

# ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

DATED: June 12, 2017

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s): CLAUDE FOUCHARD

Case No.: 14-35052VFP

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of MIDFIRST BANK, Court Claim Number 6, be modified to amount paid to date through the plan by the Standing Trustee; and it is further

ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.

United States Bankruptcy Court
District of New Jersey

In re:  
Claude Fouchard  
    Debtor

Case No. 14-35052-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 12, 2017  
                              Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2017.  
db        +Claude Fouchard,    24 Dameo Place,    Short Hills, NJ 07078-3317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2017 at the address(es) listed below:
           Brian C. Nicholas    on behalf of Creditor    U.S. Bank National Association as trustee on behalf
            of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates,
            Series 2007-OPX1 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of
            the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates,
            Series 2007-OPX1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of
            the holders of the Citigroup Mortgage Loan Trust Inc. Asset-BackedPass-Through Certificates,
            Series 2007-OPX1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Joel A. Ackerman    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of
            the holders of the Citigroup Mortgage Loan Trust Inc. Asset-BackedPass-Through Certificates,
            Series 2007-OPX1 jackerman@zuckergoldberg.com
           Joel A. Ackerman    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of
            the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates,
            Series 2007-OPX1 bankruptcynotice@zuckergoldberg.com
           John M. Esposito    on behalf of Debtor Claude  Fouchard john@lawjme.com,
            r54015@notify.bestcase.com
           John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc., dba Chrysler Capital
            mortonlaw.bcraig@verizon.net,   tfitz@mortoncraig.com;mhazlett@mortoncraig.com
           Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association as trustee on behalf
            of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates,
            Series 2007-OPX1 jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Marie-Ann Greenberg    magecf@magtrustee.com
           Michael S. Ackerman    on behalf of Creditor    U.S. Bank National Association as trustee on behalf
            of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates,
            Series 2007-OPX1 bankruptcynotice@zuckergoldberg.com
           William E. Craig    on behalf of Creditor    Santander Consumer USA, Inc., dba Chrysler Capital
            mortonlaw.bcraig@verizon.net
                                                                                                                  TOTAL: 13